UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

                       Plaintiff,              NOTICE OF APPEARANCE

vs.

                                             15-CV-6676

C.O. NOWICKI, et al.,

                       Defendants.
_____

To the Clerk of this Court and all parties of record:

      Please enter my appearance as Independent Counsel of record in this case for C.O. NOWICKI.

DATED:     Orchard Park, New York
                April 13, 2016

                                             Respectfully submitted,

                                             /s/Cheryl Meyers Buth
                                           Cheryl Meyers Buth
                                           MURPHY MEYERS LLP
                                           6506 East Quaker Street, Suite 200
                                           Orchard Park, New York 14127
                                           (716) 662-4186

TO:   Andre Murphy
        13-B-3408
        Great Meadow Correctional Facility
        Box 51
        Comstock, New York 12821

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

        Plaintiff

vs.                                                  15-CV-6676

C.O. NOWICKI, et al.,

        Defendants.
_____

## CERTIFICATE OF SERVICE

    I, Cindy M. Raab, hereby certify that on April 13, 2016, I electronically filed the foregoing Notice of Appearance on behalf of Defendant C.O. Nowicki with the Clerk of the District Court using CM/ECF system.

    And, I hereby certify that on April 13, 2016 I mailed a copy of the foregoing by the United States Postal Service, to the following non-CM/ECF participant:

        Andre Murphy
        13-B-3408
        Great Meadow Correctional Facility
        Box 51
        Comstock, New York 12821

                                              /s/Cindy M. Raab
                                              Cindy M. Raab