UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

                              Plaintiff,              NOTICE OF APPEARANCE

vs.

                                                      15-CV-6676

C.O. REJMAN, et al.,

                              Defendants.
_____

To the Clerk of this Court and all parties of record:

    Please enter my appearance as Independent Counsel of record in this case for C.O. REJMAN.

DATED:    Orchard Park, New York
                April 13, 2016

                                                        Respectfully submitted,

                                                        /s/Cheryl Meyers Buth
                                                        Cheryl Meyers Buth
                                                        MURPHY MEYERS LLP
                                                        6506 East Quaker Street, Suite 200
                                                        Orchard Park, New York 14127
                                                        (716) 662-4186

TO:    Andre Murphy
         13-B-3408
         Great Meadow Correctional Facility
         Box 51
         Comstock, New York 12821

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

        Plaintiff

vs.                                        15-CV-6676

C.O. REJMAN, et al.,

        Defendants.
_____

## CERTIFICATE OF SERVICE

    I, Cindy M. Raab, hereby certify that on April 13, 2016, I electronically filed the foregoing Notice of Appearance on behalf of Defendant C.O. Rejman with the Clerk of the District Court using CM/ECF system.

    And, I hereby certify that on April 13, 2016 I mailed a copy of the foregoing by the United States Postal Service, to the following non-CM/ECF participant:

        Andre Murphy
        13-B-3408
        Great Meadow Correctional Facility
        Box 51
        Comstock, New York 12821

                                      /s/Cindy M. Raab
                                      Cindy M. Raab