UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

                Plaintiff,                **NOTICE OF APPEARANCE**

  -vs-

                                                     **15-CV-6676**

C.O. Nowicki,
C.O. Rejman,
C.O. Reinard,
C.O. Wilson,

                Defendants.
_____

TO: Mary C. Loewenguth, Clerk of Court

     YOU ARE HEREBY NOTIFIED THAT THE UNDERSIGNED APPEARS AS CO-COUNSEL TO CHERYL MEYERS BUTH, ESQ., ATTORNEY OF RECORD FOR ALL DEFENDANTS IN THE ABOVE-ENTITLED ACTION.

Dated:  May 11, 2016
         Orchard Park, New York

                                      /s/ Laurie A. Baker
                                      Laurie A. Baker, Esq.
                                      Murphy Meyers, LLP
                                      6506 East Quaker Street
                                      Suite 200
                                      Orchard Park, New York  14127
                                      (716) 662-5274
                                      labaker@murphymeyers.net

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

                        Plaintiff,

  -vs-
                                                      15-CV-6676

C.O. Nowicki,
C.O. Rejman,
C.O. Reinard,
C.O. Wilson,

                        Defendants.
_____

## **CERTIFICATE OF SERVICE**

     I, Laurie A. Baker, hereby certify that on May 11, 2016, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

                        Cheryl Meyers Buth, Esq.
                        Murphy Meyers LLP
                        6506 East Quaker Street
                        Suite 200
                        Orchard Park, New York  14127

     And I hereby certify I have mailed the foregoing, by first classed mail with the United States Post Office, to the following non CM/ECF participants:

                        Andre Murphy 13-B-1187
                        Wende Correctional Facility
                        3040 Wende Road
                        Box 1187
                        Alden, New York  14004-1187


                              /s/Laurie A. Baker