**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**--------------------------------------------------------X**

**ANDRE MURPHY,**

       Plaintiff,

   -against-         15 Civ. 6676
                (DGL)(MWP)

**FRANK NOWICKI,  et al**      NOTICE OF MOTION

       Defendants.

**--------------------------------------------------------X**

   PLEASE TAKE NOTICE that upon the accompanying declaration of Robert J. Boyle dated February 23, 2018, the exhibits attached thereto, and the accompanying memorandum of law, the undersigned will move this Court pursuant to Fed.R.Civ.P.  for and order granting leave to file a First Amended Complaint and for such other and further relief as this Court deems just and proper.

   Plaintiff requests the opportunity to Reply to any opposition papers filed by the Defendants.

Dated: February 23, 2018               Yours, etc.

*/s/ Robert J. Boyle*
ROBERT J. BOYLE
277 Broadway
Suite 1501
New York, N.Y. 10007
(212) 431-0229


MOIRA MELTZER-COHEN
277 Broadway
Suite 1501
New York, N.Y. 10007
(347) 248-6771

Attorneys for Plaintiff