## **CERTIFICATE OIF SERVICE**

ROBERT J. BOYLE, an attorney duly admitted to practice before this Court hereby declares pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I hereby certify that on February 23, 2018 I served the within motion for leave to file an Amended Complaint, the declaration in support of said motion, the exhibits attached thereto and the accompanying memorandum of law on counsel for each defendant through this Court's ECF system as all parties have attorneys who are registered users of that system:

Cheryl Meyers Buth
21 Princeton Pl.
Orchard Park, N.Y.  14127
cmbuth@mlbg.us
Attorney for Defendant Nowicki

Daniel Henry, Jr.
Villarini & Henry
16 Main St.
Hamburg, N.Y.  14075
dhenry@villariniandhenry.com
Attorney for Defendant Rehman

Rodney O. Personius
Personius Melber
2100 Main Place Tower
Buffalo, N.Y.  14202
rop@personiusmelber.com
Attorney for Defendant Reinard

Shane Costa, Esq.
95 Ashland Ave.
Buffalo, N.Y.  14222
Shanecosta.esq@gmail.com
Attorney for Defendant Wilson

Dated: February 23, 2018

                                                        ROBERT J. BOYLE