UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ANDRE MURPHY,

                    Plaintiff,          STIPULATION OF
                                          VOLUNTARY
                                          DISMISSAL
                                          PURSUANT TO
-vs-                                       RULE 41(a)(1)(A)(ii)

                                          15-CV-6676L

C.O. NOWICKI, et al.

                    Defendants.
_____

    IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against each and every named defendant pursuant to the Federal Rules of Civil Procedure 4l(a)(l)(A)(ii), the parties having negotiated in good faith for that purpose, having reached a settlement of all issues raised.

    This Stipulation may be executed in one or more counterparts, by hard copy, facsimile, or e-mail, each of which shall be deemed an original for all purposes, including without limitation the purpose of filing with the Court, but all of which together shall constitute one and the same document.

Dated: New York, NY
     Oct 4, 2019

Robert J. Boyle, Esq
*Attorney for Plaintiff Andre Murphy*
277 Broadway
Suite 1501
New York, NY 10007

By: _____
     Robert J. Boyle, Esq.


Dated: New York, NY
     10/4, 2019

Moira Meltzer-Cohen, Esq
*Attorney for Plaintiff Andre Murphy*
277 Broadway
Suite 1501
New York, NY 10007

By: _____
     Moira Meltzer-Cohen, Esq.

2

Dated: Orchard Park, New York  
         Aug 19, 2019

Cheryl Meyers Buth, Esq.  
*Attorney for Defendant CO Frank Nowicki*  
Meyers Buth Law Group, PLLC  
21 Princeton Place  
Suite 105  
Orchard Park, New York 14127

By: _____  
     Cheryl Meyers Buth, Esq.

Dated: Orchard Park, New York  
         Aug 19, 2019

Laurie A. Baker, Esq.  
*Attorney for Defendant CO Frank Nowicki*  
Meyers Buth Law Group, pllc  
21 Princeton Place  
Suite 105  
Orchard Park, New York 14127

By: _____  
     Laurie A. Baker, Esq.

Dated: Buffalo, New York  
         Oct. 7, 2019

Scott R. Hapeman, Esq.  
*Attorney for Defendant Robert Reinardt*  
Personius Melber LLP  
2100 Main Place Tower  
350 Main Street  
Buffalo, New York 14202

By: _____  
     Scott R. Hapeman, Esq.

Dated: Hamburg, NY
      Aug 20, 2019

Daniel J. Henry, Jr., Esq.
Attorney for Defendant Co Craig Rejman
Villarini & Henry
16 Main Street
Hamburg, NY 14075

By: _____
      Daniel J. Henry, Jr., Esq.

Dated: Buffalo, New York
      _____, 2019

Shane M. Costa, Esq
*Attorney for Defendant CO Tom Wilson*
95 Ashland, #2
Buffalo, NY 14222

By: _____
      Shane M. Costa, Esq.

Dated: Rochester, New York
      _____, 2019

Heather Lynn McKay
New York State Attorney General's Office
*Attorneys for Defendants CO McInnis and Peter Marche*
Department of Law
144 Exchange Boulevard
Rochester, NY 14614

By: _____
      Heather Lynn McKay, Esq.

4

Dated: Hamburg, NY
_____, 2019

Daniel J. Henry, Jr., Esq.
Attorney for Defendant Co Craig Rejman
Villarini & Henry
16 Main Street
Hamburg, NY 14075

By: _____
      Daniel J. Henry, Jr., Esq.

Dated: Buffalo, New York
      Oct 4, 2019

Shane M. Costa, Esq
*Attorney for Defendant CO Tom Wilson*
95 Ashland, #2
Buffalo, NY 14222

By: *[signature]*
      Shane M. Costa, Esq.

Dated: Rochester, New York
_____, 2019

Heather Lynn McKay
New York State Attorney General's Office
*Attorneys for Defendants CO McInnis and Peter Marche*
Department of Law
144 Exchange Boulevard
Rochester, NY 14614

By: _____
      Heather Lynn McKay, Esq.

Dated: Hamburg, NY
_____, 2019

Daniel J. Henry, Jr., Esq.
Attorney for Defendant Co Craig Rejman
Villarini & Henry
16 Main Street
Hamburg, NY 14075

By: _____
     Daniel J. Henry, Jr., Esq.

Dated: Buffalo, New York
_____, 2019

Shane M. Costa, Esq
*Attorney for Defendant CO Tom Wilson*
95 Ashland, #2
Buffalo, NY 14222

By: _____
     Shane M. Costa, Esq.

Dated: Rochester, New York
August 20, 2019

Heather Lynn McKay
New York State Attorney General's Office
*Attorneys for Defendants CO McInnis and Peter Marche*
Department of Law
144 Exchange Boulevard
Rochester, NY 14614

By: *(signed)*
     Heather Lynn McKay, Esq.

4